**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NORMAN JOHNSTON, | } | |
| | } | No. 1:16-cv-00268-RAL |
| Plaintiff, | } | |
| | } | Magistrate Judge Lanzillo |
| vs. | } | |
| | } | |
| JOHN WETZEL, SECRETARY OF THE PENNSYLVANIA DOC and MICHAEL OVERMYER, SUPERINTENDENT SCI FOREST, | } | |
| | } | ***Electronically Filed.*** |
| Defendants. | } | |

**ATTACHMENTS TO CORRECTIONS DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

**SMF Exhibit D-1** Inmate Query—Cell History for JOHNSTON, Norman AY-8624

**SMF Exhibit D-2** Sentence Status Summary, JOHNSTON, Norman AY-8624

**SMF Exhibit D-3** Inmate Query—Separations for JOHNSTON, Norman AY-8624

***Filed under Seal***

**SMF Exhibit D-4** Unit Management—Security Concerns for JOHNSTON, Norman AY-8624

***Filed under Seal***

**SMF Exhibit D-5** PA DOC Misconducts for JOHNSTON, Norman AY-8624

**SMF Exhibit D-6** Integrated Case Summary—Classification Summary Update

***Filed under Seal***

**SMF Exhibit D-7** DOC Policy 11.2.1—Reception and Classification (effective Jan 28, 2011)

**SMF Exhibit D-8** DC-ADM 802—Administrative Custody Procedures

A. DC-ADM 802 Policy and Procedures Manual (effective Nov 19, 2013)

B. DC-ADM 802 Policy and Procedures Manual (effective Dec 29, 2014)

C. DC-ADM 802 Policy and Procedures Manual (effective Nov 14, 2016)

**SMF Exhibit D-9** PRC Review, November 19, 2003—SCI-Camp Hill

***Filed under Seal***

**SMF Exhibit D-10** PRC Review, April 9, 2004—SCI-Camp Hill

***Filed under Seal***

**SMF Exhibit D-11** 2005 PRC Reviews—SCI-Forest

***Filed under Seal***

A. March 2, 2005

B. May 26, 2005

C. August 18, 2005

D. November 10, 2005

**SMF Exhibit D-12** 2006 PRC Reviews—SCI-Forest

***Filed under Seal***

A. February 2, 2006

B. April 27, 2006

C. July 20, 2006

D. October 12, 2006

**SMF Exhibit D-13** 2007 PRC Reviews—SCI-Forest

***Filed under Seal***

A. January 4, 2007

B. March 29, 2007

C. June 21, 2007

D. September 13, 2007

E. December 6, 2007

**SMF Exhibit D-14** 2008 PRC Reviews—SCI-Forest

***Filed under Seal***

A. February 28, 2008

B. May 22, 2008

C. August 14, 2008

D. November 6, 2008

**SMF Exhibit D-15** 2009 PRC Reviews—SCI-Forest

***Filed under Seal***

A. January 29, 2009

B. April 23, 2009

C. July 16, 2009

D. October 8, 2009

E. December 30, 2009

**SMF Exhibit D-16** 2010 PRC Reviews—SCI-Forest

***Filed under Seal***

A. March 25, 2010

B. June 17, 2010

C. September 9, 2010

D. December 3, 2010

**SMF Exhibit D-17** 2011 PRC Reviews—SCI-Forest

***Filed under Seal***

A. March 3, 2011

B. May 27, 2011

C. August 19, 2011

D. November 10, 2011

**SMF Exhibit D-18** 2012 PRC Reviews—SCI-Forest

***Filed under Seal***

A. February 2, 2012

B. April 26, 2012

C. July 19, 2012

D. October 11, 2012

**SMF Exhibit D-19** 2013 PRC Reviews—SCI-Forest

***Filed under Seal***

A. January 3, 2013

B. March 28, 2013

C. June 20, 2013

D. September 13, 2013

E. December 13, 2013

**SMF Exhibit D-20** 2014 PRC Reviews—SCI-Forest

***Filed under Seal***

A. March 6, 2014

B. May 29, 2014

C. August 21, 2014

D. Appeal to Facility manager, August 22, 2014

E. RE Appeal PRC Review of Other Report #A624503, Sep 22, 2014

F. November 13, 2014

**SMF Exhibit D-21** 2015 PRC Reviews—SCI-Forest

***Filed under Seal***

A. February 5, 2015

B. April 30, 2015

C. July 23, 2015

D. October 15, 2015

**SMF Exhibit D-22** 2016 PRC Reviews—SCI-Forest

***Filed under Seal***

A. January 7, 2016

B. April 1, 2016

C. June 24, 2016

D. September 16, 2016

E. December 8, 2016

**SMF Exhibit D-23** 2017 PRC Reviews—SCI-Forest

***Filed under Seal***

A. February 23, 2017

B. March 3, 2017

C. March 9, 2017

**SMF Exhibit D-24** Psychological Evaluation for Annual RHU Placement, Nov 7, 2006

***Filed under Seal***

**SMF Exhibit D-25** Psychological Evaluation for Annual RHU Placement, Dec 17, 2008

***Filed under Seal***

**SMF Exhibit D-26** Psychological Evaluation for Annual RHU Placement, Feb 24, 2010

***Filed under Seal***

**SMF Exhibit D-27** Psychological Evaluation for Annual RHU Placement, Aug 26, 2013

***Filed under Seal***

**SMF Exhibit D-28** Psychological Evaluation for Annual RHU Placement, Jun 24, 2014

***Filed under Seal***

**SMF Exhibit D-29** Psychological Evaluation for Annual RHU Placement, Jun 17, 2015

***Filed under Seal***

**SMF Exhibit D-30** Security Review, Jun 24, 2014

***Filed under Seal***

**SMF Exhibit D-31** Security Review, Jun 2, 2015

***Filed under Seal***

**SMF Exhibit D-32** 2013 Vote Sheet

***Filed under Seal***

**SMF Exhibit D-33** 2014 Vote Sheet

***Filed under Seal***

**SMF Exhibit D-34** 2015 Vote Sheet

***Filed under Seal***

**SMF Exhibit D-35** 2016 Vote Sheet

***Filed under Seal***

**SMF Exhibit D-36** Wetzel Answers to Plaintiff's First Set of Interrogatories

**SMF Exhibit D-37** Overmyer-Oberlander Answers to Plaintiff's First Set of Interrogatories

**SMF Exhibit D-38** *Curriculum Vitae* for Stuart Grassian, M.D.

**SMF Exhibit D-39** Psychiatric Report Regarding Norman Johnston, Stuart Grassian, M.D.

***Filed under Seal***

**SMF Exhibit D-40** *Curriculum Vitae* for Pogos H. Voskanian, M.D.

**SMF Exhibit D-41** RE: Norman Johnston, Pogos H. Voskanian, M.D.

***Filed under Seal***

**SMF Exhibit D-42** Excerpt from The Pennsylvania Manual, Volume 121, at 4-45 to 4-48

**SMF Exhibit D-43** Correspondence related to Step Down Program

**SMF Exhibit D-44** RESERVED

**SMF Exhibit D-45** RESERVED

**SMF Exhibit D-46** RESERVED

**SMF Exhibit D-47** Deposition Transcript of John Wetzel

**SMF Exhibit D-48** Deposition Transcript of Michael Overmyer

**SMF Exhibit D-49** Deposition Transcript of Shirley Moore Smeal

**SMF Exhibit D-50** Deposition Transcript of Steven Glunt

**SMF Exhibit D-51** Deposition Transcript of Derek Oberlander

WHEREFORE, the Corrections Defendants respectfully request that judgment be entered in favor of Corrections Defendants Wetzel and Overmyer, and against the Plaintiff, Norman Johnston, on all claims asserted in the Complaint [ECF 1].

Respectfully submitted,

JOSH SHAPIRO
Attorney General

s/ Scott A. Bradley
Scott A. Bradley
Senior Deputy Attorney General
Attorney I.D. No. 44627

Keli M. Neary
Chief Deputy Attorney General

Office of Attorney General
Litigation Section
1521 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Phone: (412) 565-3586
Fax: (412) 565-3019

Date: May 21, 2019